# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

HEE HO CHUNG, MYUNG K. PARK and ISSUN K. PARK, on behalf of themselves and all others similarly situated,            Plaintiffs,

V.

Korean Air Lines, Co., Ltd., a corporation of the Republic of Korea
            Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 3985 MEJ

TO: (Name and address of defendant)

See above for defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael P. Lehmann
Cohen Milstein Hausfeld & Toll PLLC
One Embarcadero Center, Stes. 526 A & B
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

AUG -2 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |
| Service of the Summons and Complaint was made by me [1] |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
            Date                                                          *Signature of Server*

                                                                                     _____
                                                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure