1 | Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
  | Steven N. Williams (175489; swilliams@cpmlegal.com)
2 | **COTCHETT, PITRE & McCARTHY**
  | San Francisco Airport Office Center
3 | 840 Malcolm Road, Suite 200
  | Burlingame, CA 94010
4 | Telephone:   (650) 697-6000
  | Fax Number:  (650) 697-0577

Michael D. Hausfeld (pro hac vice; mhausfeld@cmht.com)
Charles Tompkins (pro hac vice; ctompkins@cmht.com)
Andrew Bullion (abullion@cmht.com)
Andrea Hertzfeld (ahertzfeld@cmht.com)
Hilary Ratway (hratway@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

Michael P. Lehmann (77152, mlehmann@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
One Embarcadero Center
Suite 526 A & B
San Francisco, CA 94111
T: (415) 623-2047
F: (415) 623-2049

*Attorneys for Plaintiff Hee Ho Chung, Myung K. Park and Issun K. Park*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| HEE HO CHUNG, HYUNG K. PARK and ISSUN K. PARK, on behalf of themselves and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>KOREAN AIR LINES CO., LTD.<br><br>          Defendant. | Case No. C 07 3985<br><br>**NOTICE OF RELATED CASES**<br><br>Local Rule 3-12 |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF RELATED CASES**
Local Rule 3-12

TO THE COURT AND ALL PARTIES:

Pursuant to Local Rule 3-12, Plaintiff Hee Ho Chung gives notice that this action is related to *In Re International Air Transportation and Surcharge Antitrust Litigation*, in that both actions use the same analyses, and involve the same subject matter of price fixing international air transportation fuel surcharges. Both actions involve similar questions of fact and the same question of law such that their assignment to the same judge is likely to effect a substantial savings of judicial effort. Both actions concern the same conduct by the defendant which, as set forth in the complaints in each action, constituted a violation of the Sherman Act for price fixing international air transportation fuel surcharges. Assignment of this action to a single judge is likely to effect a savings of judicial effort and other economies because the same issues of fact and law will be presented in both actions.

Dated: August 2, 2007        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC


By: _____

Michael P. Lehmann
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
One Embarcadero Center
Suite 526 A & B
San Francisco, CA 94111
T: (415) 626-2047
F: (415) 623-2049

Michael D. Hausfeld
Charles Tompkins
Andrew Bullion
Andrea Hertzfeld
Hilary Ratway
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF RELATED CASES**
Local Rule 3-12

| | |
|---|---|
| 1 | Joseph W. Cotchett |
| | Steven N. Williams |
| 2 | **COTCHETT, PITRE & McCARTHY** |
| | San Francisco Airport Office Center |
| 3 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA 94010 |
| 4 | T: (650) 697-6000 |
| | F: (650) 697-0577 |
| 5 | |
| 6 | *Attorneys for Plaintiff Hee Ho Chung,* |
| | *Myung K. Park and Issun K. Park* |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

Local Rule 3-12

NOTICE OF RELATED CASES