**CERTIFICATE OF SERVICE**

    I, Andrea L. Hertzfeld, hereby certify that a true and correct copy of the First Amended Complaint was served via the Court's ECF system upon all counsel registered for ECF in this case.

                                         _____/s/_____
                                         Andrea L. Hertzfeld