1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. M:06-cv-01793-CRB<br><br>MDL No. 1793<br><br>**[PROPOSED] ORDER GRANTING AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
|---|---|

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

**[PROPOSED] ORDER GRANTING AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

On August 15, 2007, Plaintiffs in the actions *Chung et al. v. Korean Air Lines Co., Ltd.,* Northern District Case No. C-07-3985 (MEJ) and *Chung v. Korean Air Lines Co., Ltd., et al.,* Northern District Case No. C-07-4016 (BZ) filed an Amended Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12, seeking to relate both of those actions to this action. Upon consideration of the papers and pleadings on file, and good cause appearing, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the following cases are reassigned to the undersigned judge as related cases:

1. *Chung et al. v. Korean Air Lines Co., Ltd.,* Case No. C-07-3985 (MEJ).

2. *Hwa Ja Chung, v. Korean Air Lines Co. Ltd. et al,* Case No. C-07-4016 (BZ)

Dated: _August 22_, 2007



_____
Hon. Charles R. Breyer
United States District Judge

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

**[PROPOSED] ORDER GRANTING
AMENDED ADMINISTRATIVE MOTION    - 2 -
TO RELATE CASES**