Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

Clifford H. Pearson (Bar No. 108523)
  cpearson@psswplaw.com
Gary S. Soter (Bar No. 67622)
  gsoter@psswplaw.com
Daniel L. Warshaw (Bar No. 185365)
  dwarshaw@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

*Counsel for Plaintiff Yoon S. Chang and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Case No. C06-1793 CRB<br><br>MDL No. 1793 |
| YOON S. CHANG, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>        Defendants. | Case No. C07-4244 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF YOON S. CHANG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

771768.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

On August 21, 2007, plaintiff Yoon S. Chang filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12. The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that the following cases are deemed related and that all later-filed cases are re-assigned to the Honorable Charles R. Breyer.

1. *In re International Air Transportation Surcharge Antitrust Litigation*
   Master File No. C06-1793 CRB

2. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*
   Case No. C07-3985 MEJ

3. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*
   Case No. C07-4016 BZ

4. *Ben Lee v. Korean Air Lines Co., Ltd.*
   Case No. C07-4085 JL

5. *Yun Choi v. Korean Air Lines Co., Ltd.*
   Case No. C07-4173 JCS

6. *Yoon S. Chang v. Korean Air Lines Co., Ltd., et al.*
   Case No. C07-4244 MMC

SO ORDERED.

Dated: _August 22, 2007____



_____
United States District Court

771768.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**