1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  One Embarcadero Center
   Suites 526 A & B
3  San Francisco, CA  94111
   Telephone:  (415) 623-2047
4  Facsimile:    (415) 433-5994

5  Joseph W. Cotchett (36324)
   Steven N. Williams (175489)
6  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
8  Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
9
   Michael D. Hausfeld
10 Charles E. Tompkins
   Andrew B. Bullion
11 Hilary K. Ratway (209451)
   Andrea L. Hertzfeld
12 **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
   1100 New York Avenue, N.W.
13 West Tower, Suite 500
   Washington, DC 20005
14 Telephone:  (202) 408-4600
   Facsimile:    (202) 408-4699
15
   *Attorneys for Plaintiffs Hee Ho Chung,*
16 *Myung K. Park, and Issun K. Park*

17

18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19

20

| | |
|---|---|
| 21  HEE HO CHUNG, MYUNG K. PARK, and ISSUN K. PARK, individually and on behalf of others similarly situated, | No. C-07-3985 |
| 22 | |
| 23                              Plaintiffs, | Honorable Charles R. Breyer |
| 24       v. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| 25  KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | |
| 26                              Defendants. | |

27

28

-1-                              PLAINTIFFS' MOTION FOR LEAVE TO
                                 FILE SECOND AMENDED COMPLAINT

## I.   NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that the undersigned law firms will and hereby do move the Court for an order granting Plaintiffs leave to file a Second Amended Complaint. This motion is based upon this notice of motion and motion, as well as the supporting memorandum of points and authorities which follow.

## II.   INTRODUCTION AND SUMMARY OF ARGUMENT

On August 1, 2007, the United States Department of Justice ("DOJ") announced that it was filing charges against Korean Air Lines Co., Ltd. ("Korean Air") for engaging in a combination and conspiracy to fix passenger and wholesale fares on flight from the United States to Korea, in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. That same day, the DOJ announced that Korean Air had agreed to plead guilty to the charged violation. On August 2, 2007, Plaintiffs, purchasers of passenger services from Korean, filed a class action complaint to recover damages caused by Korean's anticompetitive conduct. On August 8, 2007, following news reports that Asiana Airlines, Inc. ("Asiana") may be subject to antitrust fines in Korea for conspiring with Korean Air, Plaintiffs amended their complaint to include Asiana as a defendant. On August 23, 2007, Korean Air pled guilty to price fixing in violation of Section 1 of the Sherman Act in the United States District Court for the District of Columbia. The criminal information and plea agreement filed with the court set forth the factual basis for Korean Air's guilty plea.

By this motion, Plaintiffs seek leave to amend their complaint to conform it with the factual allegations set forth in the criminal information and plea agreement. A copy of Plaintiffs' proposed Second Amended Complaint is attached hereto as Exhibit A. Counsel for Plaintiffs met and conferred with counsel for Korean Air, who has consented to Plaintiffs' request for leave to amend.[1]

---

[1] On August 30, 2007, counsel for Plaintiffs exchanged messages with counsel for Asiana. Plaintiffs were informed that one of Asiana's counsel was unreachable due to his travel schedule, and a decision whether to consent to Plaintiffs' request for leave could not be made without his input.

### III. ARGUMENT

Federal Rule of Civil Procedure 15 deals with amendments to pleadings. Fed. R. Civ. P. 15(a). Once a pleading has been amended once, as is the case here, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." *Id.* "Rule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality.'" *Id.* (quoted in *DCD Programs, Ltd. v. Leighton,* 833 F.2d 183, 186 (9th Cir.1987)). In determining whether to grant leave to amend, a court must be guided by the underlying purpose of Rule 15 – "to facilitate a decision on the merits, rather than on the pleadings or technicalities." *United States v. Webb,* 655 F.2d 977, 979 (9th Cir.1981).

Four factors are commonly used to determine the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, and futility of amendment. *DCD Programs,* 833 F.2d at 186; *see also Foman v. Davis,* 371 U.S. 178, 182, (1962) (identifying these factors that later became the test). In this case there is no doubt that delay, bad faith, and prejudice are not involved as it has been less than a month since the original complaint was filed and no responsive pleading has yet been filed. Thus, in accordance with Rule 15's admonition that leave shall be freely given, Plaintiffs' motion for leave should be granted.

### IV. CONCLUSION

For the foregoing reasons, Plaintiffs' Motion for Leave to File Second Amended Complaint should be granted and the proposed Second Amended Complaint attached hereto as Exhibit A should be filed.

Dated: August 31, 2007                    Respectfully submitted,

By: */s/ Hilary K. Ratway*
Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway (209451)
Andrea L. Hertzfeld
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

| | |
|---|---|
| 1 | 1100 New York Avenue, N.W. |
| 2 | West Tower, Suite 500 |
|   | Washington, DC 20005 |
| 3 | Telephone: (202) 408-4600 |
|   | Facsimile:   (202) 408-4699 |
| 4 | |
|   | Joseph W. Cotchett (36324) |
| 5 | Steven N. Williams (175489) |
|   | **COTCHETT, PITRE & McCARTHY** |
| 6 | San Francisco Airport Office Center |
|   | 840 Malcolm Road, Suite 200 |
| 7 | Burlingame, CA  94010 |
|   | Telephone: (650) 697-6000 |
| 8 | Facsimile: (650) 697-0577 |
| 9 | Michael P. Lehmann (71552) |
|   | **COHEN, MILSTEIN, HAUSFELD** |
| 10 | **& TOLL P.L.L.C.** |
|   | One Embarcadero Center |
| 11 | Suites 526 A & B |
|   | San Francisco, CA  94111 |
| 12 | Telephone: (415) 623-2047 |
|   | Facsimile:   (415) 433-5994 |
| 13 | |

-4-    PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT