Michael P. Lehmann (77152)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suites 526 A & B
San Francisco, CA  94111
Telephone:  (415) 623-2047
Facsimile:    (415) 433-5994

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway (209451)
Andrea L. Hertzfeld
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:    (202) 408-4699

*Attorneys for Plaintiffs Hee Ho Chung,
Myung K. Park, and Issun K. Park*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE HO CHUNG, MYUNG K. PARK, and ISSUN K. PARK, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., <br><br> Defendants. | No. C-07-3985 <br><br> Honorable Charles R. Breyer <br><br> **CERTIFICATE OF SERVICE** |

1   I, Hilary K. Ratway, am over the age of 18 and not a party to the within action. My business address is Cohen, Milstein, Hausfeld & Toll, PLLC, 1100 New York Avenue, N.W., West Tower, Suite 500, Washington, DC, 20005. On August 31, 2007, I served or caused to be served a true copy of the following document in the manner listed below:

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**XXX   BY ECF**: I caused the aforementioned document(s) to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered or e-filing in No. C-07-3985. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX   BY ELECTRONIC MAIL**: I caused the aforementioned document(s) to be served upon the following counsel by electronic mail:

> Peter Halle
> **MORGAN LEWIS**
> 1111 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> Phone: 202-739-5225
> Fax: 202-739-3001
> phalle@morganlewis.com
>
> *Counsel for Korean Air Lines Co., Ltd.*
>
> Jon Rewinski
> **HELLER EHRMAN LLP**
> 333 South Hope Street, 39th Floor
> Los Angeles, CA 90071
> Phone:  213-689-7645
> Fax:  213-244-7645
> jon.rewinski@hellerehrman.com
>
> *Counsel for Asiana Airlines, Inc.*

DATED:  August 31, 2007              /s/ *Hilary K. Ratway*
                                     Hilary K. Ratway

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

- 2 -

CERTIFICATE OF SERVICE
NO. C:07-3985-CRB