**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEE HO CHUNG, MYUNG K. PARK, and ISSUN K. PARK, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>　　　　　　　　Defendants. | No. C-07-3985<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint, the papers on file, and good cause appearing, it is hereby ORDERED that the Motion is GRANTED.

Dated: _____　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　United States District Judge