1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  One Embarcadero Center
   Suites 526 A & B
3  San Francisco, CA  94111
   Telephone:  (415) 623-2047
4  Facsimile:    (415) 433-5994

5  Joseph W. Cotchett (36324)
   Steven N. Williams (175489)
6  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
8  Telephone:  (650) 697-6000
   Facsimile:  (650) 697-0577
9
   Michael D. Hausfeld
10 Charles E. Tompkins
   Andrew B. Bullion
11 Hilary K. Ratway (209451)
   Andrea L. Hertzfeld
12 **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
   1100 New York Avenue, N.W.
13 West Tower, Suite 500
   Washington, DC 20005
14 Telephone:  (202) 408-4600
   Facsimile:    (202) 408-4699
15
   *Attorneys for Plaintiffs Hee Ho Chung,*
16 *Myung K. Park, and Issun K. Park*

17

18                         **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
19

20  _____

21  HEE HO CHUNG, MYUNG K. PARK,         :   No. C-07-3985
    and ISSUN K. PARK, individually and on :
22  behalf of others similarly situated,   :
                                           :   Honorable Charles R. Breyer
23                  Plaintiffs,            :
                                           :
24          v.                             :   **CERTIFICATE OF SERVICE**
                                           :
25  KOREAN AIR LINES CO., LTD., and        :
    ASIANA AIRLINES, INC.,                 :
26                                         :
                    Defendants.            :
27  _____

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

- 1 -                                                    CERTIFICATE OF SERVICE
                                                         NO. C:07-3985-CRB

I, Hilary K. Ratway, am over the age of 18 and not a party to the within action. My business address is Cohen, Milstein, Hausfeld & Toll, PLLC, 1100 New York Avenue, N.W., West Tower, Suite 500, Washington, DC, 20005. On August 31, 2007, I served or caused to be served a true copy of the following document in the manner listed below:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**XXX   BY ECF**: I caused the aforementioned document(s) to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered or e-filing in No. C-07-3985. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

DATED: September 7, 2007                    /s/ *Hilary K. Ratway*
                                            Hilary K. Ratway

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

- 2 -

CERTIFICATE OF SERVICE
NO. C:07-3985-CRB