1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   Christopher E. Coleman
7  *ccoleman@lchb.com*
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8  One Nashville Place
   150 Fourth Avenue, North
9  Suite 1650
   Nashville, TN  37219-2423
10 Tel:  615-313-9000
   Fax:  615-313-9965
11
12 Attorneys for Plaintiff and the Putative Class

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 

| | |
|---|---|
| HEE HO CHUNG et al. | Case No.  C 07-3985 CRB |
| Plaintiffs, | |
| v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., Defendants. | The Honorable Charles R. Breyer |
| THIS DOCUMENT RELATES TO: | |
| AMY BRICKER, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., Defendants. | |
| Case No. C 07-4508-MEJ | |

| | |
|---|---|
| 1 | MICHAEL LEE, on behalf of himself and all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., |
| 6 | Defendants. |
| 7 | Case No. C 07-4509-MMC |

Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiffs Amy Bricker and Michael Lee submit this administrative motion to consider whether two actions filed in this district, *Bricker v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4508-MEJ, and *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4509-MMC, should be related to the following actions pending before this Court:

1. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-3985
2. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*, Case No. C 07-4016
3. *Ben Lee v. Korean Air Lines Co., Ltd.*, Case No. C 07-4085
4. *Yun Choi v. Korean Air Lines Co., Ltd.*, Case No. C 07-4173
5. *Yoon S. Chang v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4244
6. *Kirby Kim v. Korean Air Lines Co., Ltd.*, Case No. C 07-4245
7. *Scott McLean v. Korean Air Lines Co, Ltd., et al.*, Case No. C 07-4297
8. *Martin Kaufman v. Korean Air Lines Co., Ltd.*, Case No. C 07-4349

The *Bricker* and *Michael Lee* actions allege that Defendants Korean Air Lines Co. Ltd. and Asiana Airlines, Inc. violated Section 1 of the Sherman Act, 15 U.S.C. § 1, by conspiring to fix prices for passenger flights between the United States and the Republic of Korea. These allegations are substantially the same as those in the *Hee Ho Chung*, *Hwa Ja Chung*, *Ben Lee*, *Yun Choi*, *Yoon S. Chang*, *Kirby Kim*, *Scott McLean*, and *Martin Kaufman* (hereinafter referred to collectively as the "Korean Air Lines actions"). The *Bricker* action, the *Michael Lee* action, and the Korean Air Lines actions each concern similar questions of fact and the same questions of law such that their assignment to different judges likely would cause an unduly burdensome

duplication of labor and expense or the possibility of conflicting results. Relating these cases should help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

Plaintiffs recognize that the Court has deemed the Korean Air Lines actions related to *In Re International Air Transportation Surcharge Antitrust Litigation*, Case No. C 06-1793-CRB. That case, however, involves wholly different defendants involved in "an alleged conspiracy to fix prices for long haul passenger flights to and from the *United Kingdom*." (Pretrial Order No. 1, emphasis added) These allegations are completely different from the allegations raised in the *Bricker*, *Lee*, and Korean Air Lines actions, such that the assignment of these cases to a different judge will not cause an unduly burdensome duplication of labor and expense or the possibility conflicting results. Thus, Plaintiffs do not seek to have the *Bricker* and *Lee* action related to *In re International Air Transportation Surcharge Antitrust Litigation.*

Dated: September 7, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____/s/*Joseph R. Saveri*_____
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Christopher Coleman
*ccoleman@lchb.com*
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN 37219-2423
Tel: 615-313-9000
Fax: 615-313-9965

*Attorneys for Plaintiff and the Proposed Class*