1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6
   Christopher E. Coleman
7  *ccoleman@lchb.com*
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8  One Nashville Place
   150 Fourth Avenue, North
9  Suite 1650
   Nashville, TN  37219-2423
10 Tel:  615-313-9000
   Fax:  615-313-9965
11
12 Attorneys for Plaintiff and the Putative Class

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  HEE HO CHUNG et al. | Case No. 07-3985 CRB |
| 17           Plaintiffs, | |
| 18  v. | **[PROPOSED] ORDER RELATING CASES** |
| 19  KOREAN AIR LINES CO., LTD., and | The Honorable Charles R. Breyer |
| 20  ASIANA AIRLINES, INC., | |
| 21  Defendants. | |
| 22  THIS DOCUMENT RELATES TO: | |
| 23  AMY BRICKER, on behalf of herself and all others similarly situated, | |
| 24           Plaintiff, | |
| 25  v. | |
| 26  KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | |
| 27  Defendants. | |
| 28  Case No. C 07-4508-MEJ | |

| | |
|---|---|
| MICHAEL LEE, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., Defendants. | |
| Case No. C 07-4509-MMC | |

On September __, 2007, Plaintiffs Amy Bricker and Michael Lee filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| No. C 07-3985 CRB | *Ho Hee Chung et al. v. Korean Air Lines Co. Ltd. et al.* |
| No. C 07-4508-MEJ | *Bricker v. Korean Air Lines Co., Ltd. et al.* |
| No. C 07-4509-MMC | *Lee v. Korean Air Lines Co., Ltd. et al.* |

**IT IS SO ORDERED.**

Dated:_____    _____
　　　　　　　　　　　　　　　　　The Honorable Charles R. Breyer
　　　　　　　　　　　　　　　　　United States District Judge

726894.1 　　　　　　　- 1 -　　　　　　　ORDER RELATING CASES
　　　　　　　　　　　　　　　　　　　　　　　NO. 07-3985 CRB