| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | Embarcadero Center West |
| 4 | 275 Battery Street, 30th Floor |
| | San Francisco, CA  94111-3339 |
| 5 | Telephone:  (415) 956-1000 |
| | Facsimile:  (415) 956-1008 |
| 6 | |
| | Christopher E. Coleman |
| 7 | *ccoleman@lchb.com* |
| | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 8 | One Nashville Place |
| | 150 Fourth Avenue, North |
| 9 | Suite 1650 |
| | Nashville, TN  37219-2423 |
| 10 | Tel:  615-313-9000 |
| | Fax:  615-313-9965 |
| 11 | |
| 12 | Attorneys for Plaintiff and the Putative Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEE HO CHUNG et al. | | Case No. 07-3985 CRB |
| | Plaintiffs, | |
| v. | | [PROPOSED] ORDER RELATING CASES |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | | The Honorable Charles R. Breyer |
| | Defendants. | |
| THIS DOCUMENT RELATES TO: | | |
| AMY BRICKER, on behalf of herself and all others similarly situated, | | |
| | Plaintiff, | |
| v. | | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | | |
| | Defendants. | |
| Case No. C 07-4508-MEJ | | |

| | |
|---|---|
| 1 | MICHAEL LEE, on behalf of himself and all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., |
| 6 | Defendants. |
| 7 | Case No. C 07-4509-MMC |

On September __, 2007, Plaintiffs Amy Bricker and Michael Lee filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of support has passed.  The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| No. C 07-3985 CRB | *Ho Hee Chung et al. v. Korean Air Lines Co. Ltd. et al.* |
| No. C 07-4508-MEJ | *Bricker v. Korean Air Lines Co., Ltd. et al.* |
| No. C 07-4509-MMC | *Lee v. Korean Air Lines Co., Ltd. et al.* |

**IT IS SO ORDERED.**

Dated: _September 12, 2007_  _____
The Honorable Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

726894.1               - 1 -                    ORDER RELATING CASES
                                                NO. 07-3985 CRB