**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEE HO CHUNG, MYUNG K. PARK, and ISSUN K. PARK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>Defendants. | No. C-07-3985<br><br>Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint, the papers on file, and good cause appearing, it is hereby ORDERED that the Motion is GRANTED.

Dated: Sept. 14, 2007              By: _____
                                        Charles R. Breyer
                                        United S...

