Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiffs Hee Ho Chung,
Myun K. Park, Issun K. Park and the Class*

*Additional Counsel on Signature Page*

| | |
|---|---|
| Inna Zatulovsky (232434)<br>izatulovsky@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001 | Willard K. Tom; wtom@morganlewis.com<br>Peter H. Halle; phalle@morganlewis.com<br>Joseph Brooks; jbrooks@morganlewis.com<br>**MORGAN LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001 |
| *Counsel for Defendant Korean Airlines Co., Ltd.* | *Counsel for Defendant Korean Airlines Co., Ltd.* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hee Ho Chung, et al. v. Korean Airlines Co., Ltd.*<br><br>**Case No. C07-3985 MEJ** | ) Case No. M:06-CV-01793-CRB<br>)<br>) MDL No. 1793<br>)<br>)<br>) **STIPULATION PURSUANT TO LOCAL**<br>) **RULE 6-1 AND AGREED ORDER**<br>) |

Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs Hee Ho Chung, Myung K. Park and Issun K. Park and Defendant Korean Airlines Co., Ltd., through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendant.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | | |
| 3 | Dated: September 13, 2007 | COTCHETT, PITRE & McCARTHY |
| 4 | | |
| 5 | | By: /s/ Steven N. Williams |
| 6 | | Joseph W. Cotchett |
| 7 | | Steven N. Williams |
| | | **COTCHETT, PITRE & McCARTHY** |
| 8 | | San Francisco Airport Office Center |
| | | 840 Malcolm Road, Suite 200 |
| 9 | | Burlingame, CA 94010 |
| 10 | | Tel: (650) 697-6000 |
| | | Fax: (650) 697-0577 |
| 11 | | |
| 12 | | Hilary K. Ratway |
| | | **COHEN, MILSTEIN, HAUSFELD &** |
| 13 | | **TOLL, P.L.L.C.** |
| | | 1100 New York Avenue, N.W. |
| 14 | | Suite 500 West Tower |
| | | Washington, D.C. 20005 |
| 15 | | Tel: (202) 408-4600 |
| 16 | | Fax: (202) 408-4699 |
| 17 | | *Counsel for Plaintiffs Hee Ho Chung,* |
| 18 | | *Myun K. Park, Issun K. Park and the Class* |
| 19 | Dated: September 13, 2007 | MORGAN LEWIS & BOCKIUS LLP |
| 20 | | |
| 21 | | By: /s/ Inna Zatulovsky |
| 22 | | Inna Zatulovsky |
| 23 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| | | One Market, Spear Street Tower |
| 24 | | San Francisco, CA 94105 |
| 25 | Sept. 17, 2007 | Tel: (415) 442-1000 |
| | | Fax: (415) 442-1001 |
| 26 | | |
| 27 | / / / | |
| 28 | / / / | |

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION PURSUANT TO RULE 16-1 AND AGREED ORDER
Case No. M:06-cv-01793-CRB; MDL No. 1793

3

Willard K. Tom
Peter H. Halle
Joseph Brooks
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendant Korean Airlines Co., Ltd.*