Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

Thomas V. Girardi (Bar No. 36603)
  tgirardi@girardikeese.com
Jennifer Lenze (Bar No. 246858)
  jlenze@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

[Additional counsel listed on signature page]
*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HEE HO CHUNG, et al. <br><br>    Plaintiffs, <br><br>   vs. <br><br> KOREAN AIR LINES CO., LTD. <br><br>    Defendant. | Case No. C07-3985 CRB |
| FRANKLYN AJAYE, et al., <br><br>    Plaintiffs, <br><br>   vs. <br><br> AIR NEW ZEALAND, LTD., et al. <br><br>    Defendants. | Case No. C07-5911 JSW <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |

776376.1

**PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman, the plaintiffs in *Ajaye, et al. v. Air New Zealand, Ltd., et al.*, Case No. C07-5911 JSW, hereby bring this Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.

**A.   RELATED CASES**

1.   *Chung, et al. v. Korean Air Lines Co., Ltd.*
     Case No. C07-3985 CRB

2.   *Wide World Tours of Mission Valley, Inc. v. Korean Air Lines Co., Ltd.*
     Case No. C07-5837 EDL

3.   *Wortman, et al. v. Air New Zealand, et al.*
     Case No. C07-5634 EDL

4.   *Maloof v. Air New Zealand, et al.*
     Case No. C07-5811 MJJ

5.   *Ajaye, et al. v. Air New Zealand, et al.*
     Case No. C07-5911 JSW

**B.   RELATIONSHIP OF THE CASES**

This Administrative Motion is made on the grounds that the instant action involves similar wrongful acts and occurrences as alleged in the cases identified above. The low-numbered case listed above has been assigned to the Honorable Charles R. Breyer, and is the subject of a multidistrict litigation proceeding entitled *In re Korean Air Lines Co., Ltd. Antitrust Litigation* ("*Korean Air Passenger*").[1] The *Wide World Tours of Mission Valley, Inc.* action appears to be another *Korean Air Passenger* case and should be related. The

---

[1]   20 additional *Korean Air Passenger* cases have been deemed related and assigned to Judge Breyer. They are Case Nos. C07-4016 CRB, C07-4085 CRB, C07-4244 CRB, C07-4245 CRB, C07-4297 CRB, C07-4349 CRB, C07-4489 CRB, C07-4508 CRB, C07-4509 CRB, C07-4576 CRB, C07-4891 CRB, C07-4977 CRB, C07-5093 CRB, C07-5142 CRB, C07-5143 CRB, C07-5171 CRB, C07-5216 CRB, C07-5406 CRB, C07-5409 CRB, and C07-5407 CRB.

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

three most recently filed cases – *Wortman*, *Maloof*, and *Ajaye* – should also be deemed related for the reasons set forth below.

The *Ajaye* case is a class action brought on behalf of purchasers of transpacific air transportation services from Air New Zealand, Ltd., All Nippon Airways Co., Ltd., China Airlines, Ltd., Eva Airways Corporation, Japan Airlines Corporation, Northwest Airlines Corporation, Qantas Airways, Ltd., Singapore Airlines, Ltd., and Thai Airways International Public Company, Ltd.  The *Wortman* and *Maloof* actions are also class actions filed on behalf of purchasers of transpacific flight segments.  Like in *Korean Air Passenger*, plaintiffs in these cases allege that defendants, some of the largest airlines in the world, violated federal antitrust laws by conspiring to set the prices of international passenger travel.

Civil Local Rule 3-12 provides that actions are related when:

(1)     The actions concern substantially the same parties, property, transaction or event; and

(2)     It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, the cases sought to be related satisfy both criteria of Rule 3-12.  They involve similar transactions and events, *i.e.*, the sale of international passenger air transportation services within the same industry, and violations of the same antitrust laws.  Although it would appear that the conspiracy in *Wortman*, *Maloof*, and the instant action may be a separate conspiracy from *Korean Air Passenger,* there are enough similarities to warrant relating it to this Court.  These similarities include, for example, the existence of jurisdiction over foreign defendants who provide air transportation services into and out of the United States, the necessity for coordination between the civil cases and criminal investigations, and defining the relevant market for each conspiracy.  Plaintiffs believe that litigating these common issues jointly, or in a parallel fashion, will maximize judicial economy.

/ / /

1  There is no prejudice to the low-numbered case in relating these cases because pursuant to Civil Local Rule 3-12(g), the Court has discretion to craft a new pretrial schedule for the newly related actions.  Further, to the extent there are unique questions and issues that pertain to only one group of cases, they can be handled through active case management, pretrial orders that track the cases separately, and independent determinations on the organization of plaintiffs' counsel.

Judge Breyer, the judge assigned to the low-numbered related case, is also presiding over *In re International Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793, and certain of the *Korean Air Passenger* cases have been related thereto.  *See e.g. Chung, et al. v. Korean Air Lines Co., Ltd.*, Case No. C07-3985 CRB, Docket # 9.  Judge Breyer has already become familiar with the issues that will come up in these cases, as well as the structure and operation of the international airline industry.  Therefore, plaintiffs believe it would be most efficient to have Judge Breyer oversee all of these related cases.

## C.   STATUS OF RELATED CASES OUTSIDE THE DISTRICT

This will also serve to advise the Court that the MDL hearing in *Korean Air Passenger* is scheduled for November 29, 2007.  The Korean Air Passenger cases identified herein will be subject to the ruling by the Panel.  It is the intention of plaintiffs' counsel in the instant action to advise the Judicial Panel on Multidistrict Litigation that this case is related to *Korean Air Passenger* and the pendency of this related case motion.  In addition, this Court should be aware of the fact that certain counsel for plaintiffs who filed *Korean Air Passenger* cases in the Central District of California, and are proponents of transfer of all cases to that District, have obtained a schedule for filing a consolidated complaint as well as motions to dismiss.  Furthermore, they have obtained the appointment of interim lead counsel by the Honorable S. James Otero.  This was done at a status conference on November 13, 2007.  There was no motion to appoint interim lead counsel.  Although Judge Otero only appointed interim lead counsel in the cases pending in the Central District, limited the appointment to the task of opposing motions to dismiss, and

776376.1
3
**PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES**

1 characterized the appointment as a procedural step to allow motions to dismiss to be heard, the appointment is nonetheless premature.[2] This is especially true in light of the filing of the instant case which is broader in scope and has more defendants than the cases pending in the Central District.

## C.   CONCLUSION

In light of the related nature of the cases identified herein, Judge Breyer's experience with antitrust class actions against airline defendants, and the opportunities for judicial economy, plaintiffs respectfully request that the cases identified herein be deemed related.

DATED:  November 27, 2007        By:      /s/ Bruce L. Simon
                                          Bruce L. Simon (Bar No. 92641)
                                          bsimon@psswplaw.com
                                          Esther L. Klisura (Bar No. 221171)
                                          eklisura@psswplaw.com
                                          PEARSON, SIMON, SOTER,
                                          WARSHAW & PENNY, LLP
                                          44 Montgomery Street, Suite 1200
                                          San Francisco, CA 94104
                                          Telephone:  (415) 433-9000
                                          Facsimile:   (415) 433-9008

                                          Clifford H. Pearson (Bar No. 108523)
                                          cpearson@psswplaw.com
                                          Gary S. Soter (Bar No. 67622)
                                          gsoter@psswplaw.com
                                          Daniel L. Warshaw (Bar No. 185365)
                                          dwarshaw@psswplaw.com
                                          PEARSON, SIMON, SOTER,
                                          WARSHAW & PENNY, LLP
                                          15165 Ventura Boulevard, Suite 400
                                          Sherman Oaks, CA 91403
                                          Telephone:  (818) 788-8300
                                          Facsimile:   (818) 788-8104

///

---

[2]  At the status conference, Judge Otero explained, "Let me make that clear.  What we're discussing here today is simply the appointment of lead counsel for the purposes of filing an opposition.  And the fact that a person would be designated lead counsel today will not have any impact on who ultimately would be designated lead counsel on the class claims." *See Park, et al. v. Korean Air Lines Co., Ltd.*, C.D. Cal., Case No. C07-5107 SJO, Docket #12.

776376.1

4

**PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES**

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

Thomas V. Girardi (Bar No. 36603)
  tgirardi@girardikeese.com
Jennifer Lenze (Bar No. 246858)
  jlenze@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

776376.1

5

**PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES**