Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
  & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

Thomas V. Girardi (Bar No. 36603)
  tgirardi@girardikeese.com
Jennifer Lenze (Bar No. 246858)
  jlenze@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:   (213) 977-0211
Facsimile:    (213) 481-1554

*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HEE HO CHUNG, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> KOREAN AIR LINES CO., LTD. <br><br> Defendant. | Case No. C07-3985 CRB |
| FRANKLYN AJAYE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AIR NEW ZEALAND, LTD., et al. <br><br> Defendants. | Case No. C07-5911 JSW <br><br> **DECLARATION OF BRUCE L. SIMON IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES** |

776483.1

**DECLARATION OF BRUCE L. SIMON IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

I, Bruce L. Simon, declare:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am a partner with the firm of Pearson, Simon, Soter, Warshaw & Penny, LLP, attorneys of record for plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman. I am making this declaration in support of these plaintiffs' Administrative Motion to Relate Cases. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. Plaintiffs could not obtain a stipulation regarding their request to relate cases because none of the defendants in their case have yet appeared. Waiting for all defendants to appear and then request a stipulation would be contrary to Civil Local Rule 3-12(b)'s requirement that Administrative Motions to Relate Cases be filed "promptly."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2007, at San Francisco, California.

_____
Bruce L. Simon

776483.1

**DECLARATION OF BRUCE L. SIMON IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**