Bruce L. Simon (Bar No. 92641)
   bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
   eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
   & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008

Thomas V. Girardi (Bar No. 36603)
   tgirardi@girardikeese.com
Jennifer Lenze (Bar No. 246858)
   jlenze@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:   (213) 977-0211
Facsimile:    (213) 481-1554

*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HEE HO CHUNG, et al.<br><br>            Plaintiffs,<br><br>    vs.<br><br>KOREAN AIR LINES CO., LTD.<br><br>            Defendant. | Case No. C07-3985 CRB |
| FRANKLYN AJAYE, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AIR NEW ZEALAND, LTD., et al.<br><br>            Defendants. | Case No. C07-5911 JSW<br><br>**PROOF OF SERVICE** |

776488.1

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA. My business address is 44 Montgomery Street, Suite 1200, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within action;

On November 27, 2007, I served the following document(s) entitled

1. **PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES**

2. **DECLARATION OF BRUCE L. SIMON IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

4. **PROOF OF SERVICE**

on ALL INTERESTED PARTIES as indicated in the attached list:

__X__  **BY ELECTRONIC CASE FILING:** I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in Case No. C07-3985.

__X__  **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Francisco, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 27, 2007, at San Francisco, California.

_____
Madelyn V. Morton

776488.1

PROOF OF SERVICE

**SERVICE LIST**

**By Electronic Case Filing:**

| | |
|---|---|
| Joseph W. Cotchett<br>Steven N. Williams<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Counsel for Plaintiffs Hee Ho Chung, Myung K. Park, Issun K. Park, Donald Wortman, William Adams, and Margaret Garcia |
| Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrew B. Bullion<br>Hilary K. Ratway<br>Andrea L. Hertzfeld<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | Counsel for Plaintiffs Hee Ho Chung, Myung K. Park, and Issun K. Park |
| Michael P. Lehmann<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>One Embarcadero Center, Suites 526A & B<br>San Francisco, CA 94111 | Counsel for Plaintiffs Hee Ho Chung, Myung K. Park, and Issun K. Park |

**By Mail:**

| | |
|---|---|
| Ralph B. Kalfayan<br>David Michael Watson<br>David Bruce Zlotnick<br>KRAUSE KALFAYAN BENICK & SLAVENS, LLP<br>625 Broadway, Suite 635<br>San Diego, CA 92101 | Counsel for Plaintiff Wide World Tours of Mission Valley, Inc. |
| Ali Oromchian<br>2603 Camino Ramon, Suite 200<br>San Ramon, CA 94583 | Counsel for Plaintiff Wide World Tours of Mission Valley, Inc. |
| Dan Drachler<br>ZWERLING SCHACHTER & ZWERLING, LLP<br>1904 Third Avenue, Suite 1030<br>Seattle, WA 98101-1170 | Counsel for Plaintiff Wide World Tours of Mission Valley, Inc. |
| Robert S. Schachter<br>Justin M. Tarshis<br>ZWERLING SCHACHTER & ZWERLING, LLP<br>41 Madison Avenue, 32nd Floor<br>New York, NY 10010 | Counsel for Plaintiff Wide World Tours of Mission Valley, Inc. |

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

| | | |
|---|---|---|
| 1 | Walter J. Lack<br>Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Boulevard, 16th Floor<br>Los Angeles, CA 90067 | Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Gilmur R. Murray<br>Derek G. Howard<br>Scott J. Yundt<br>MURRAY & HOWARD<br>436 14th Street, Suite 1413<br>Oakland, CA 94612 | Counsel for Plaintiff Brenden G. Maloof |
| 6 | | |
| 7 | | |
| 8 | Peter Halle<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue N.W.<br>Washington, DC 20004 | Counsel for Defendant Korean Air Lines Co., Ltd. |
| 9 | | |
| 10 | | |
| 11 | Jon K. Rewinski<br>HELLER EHRMAN, LLP<br>333 S. Hope Street, 39th Floor<br>Los Angeles, CA 90071-3043 | Counsel for Defendant Asiana Airlines, Inc. |
| 12 | | |
| 13 | Osamu Machida<br>2050 West 190th Street, Suite 100<br>Torrance, CA 90504 | Registered Agent for Defendant All Nippon Airways Co. Ltd. |
| 14 | | |
| 15 | Patrick Furrow<br>300 Continental Bouelvard, Suite 620<br>El Segundo, CA 90245 | Registered Agent for Defendant Japan Airlines Corporation |
| 16 | | |
| 17 | CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA 90017 | Registered Agent for Defendants EVA Airways Corporation and Northwest Airlines Corporation |
| 18 | | |
| 19 | Chung-Han Peng<br>200 N. Continental Boulevard<br>El Segundo, CA 90245 | Registered Agent for China Airlines, Ltd. |
| 20 | | |
| 21 | Walter Rinaldo Mariani<br>6080 Center Drive #400<br>Los Angeles, CA 90045-1574 | Registered Agent for Defendant Qantas Airways, Ltd. |
| 22 | | |
| 23 | CSC – Lawyers Incorporating Service<br>P.O. Box 526036<br>Sacramento, CA 95852 | Registered Agent for Defendant Thai Airways |
| 24 | | |
| 25 | Michael Chapman<br>5670 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90036 | Registered Agent for Defendant Singapore Airlines, Ltd. |
| 26 | | |
| 27 | | |
| 28 | | |

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

776488.1

3

PROOF OF SERVICE