Joseph W. Cotchett (#36324; jcotchett@cpmlegal.com)
Steven N. Williams (#175489; swilliams@cpmlegal.com)
Nanci E. Nishimura (#152621; nnishimura@cpmlegal.com)
Aron K. Liang (#228936; aliang@cpmlegal.com)
Douglas Y. Park (#233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack (#57550; wlack@elllaw.com)
Elizabeth L. Crooke (#90305; ecrooke@elllaw.com)
Richard P. Kinnan (#123170; rkinnan@elllaw.com)
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HEE HO CHUNG, et al,**<br><br>                **Plaintiffs,**<br>    vs.<br><br>**KOREAN AIRLINES CO. LTD.,**<br><br>                **Defendant.** | Case No. 07-cv-03985-CRB |
| **DONALD WORTMAN, et al.**<br><br>                **Plaintiffs,**<br>    vs.<br><br>**AIR NEW ZEALAND, LTD, et al.**<br><br>                **Defendants.** | Case No. 07-cv-05634-EDL<br><br>MDL No. 1913<br><br>**RESPONSE OF PLAINTIFFS WORTMAN, ADAMS AND GARCIA TO ADMINISTRATIVE MOTION TO RELATE CASE** |

1    Plaintiffs Donald Wortman, William Adams and Margaret Garcia ("Wortman") do not object to the Administrative Motion to Relate Cases, filed by plaintiff Franklyn Ajaye on November 27, 2007, on the basis that the types of claims alleged are similar, and the manner in which the conspiracy was carried out is similar.

As set forth by the movant, the conspiracy in Wortman appears to be a separate conspiracy from the Air Passenger cases. This is evidenced by the fact that the Judicial Panel on Multidistrict Litigation has established a Multidistrict Litgation entitled *In re Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913.

The MDL hearing on the Korean Air cases took place on November 29, 2007, and no ruling has been issued yet. No hearing date has been set by the Judicial Panel on Multidistrict Litigation for the Transpacific cases.

Respectfully submitted,

Dated: December 3, 2007

**COTCHETT, PITRE & McCARTHY**

By:  /s/ *Steven N. Williams*

Joseph W. Cotchett
Steven N. Williams
Nanci E. Nishimura
Aron K. Liang
Douglas Y. Park
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577

Walter J. Lack
Elizabeth L. Crooke
Richard P. Kinnan
**ENGSTROM LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067
Telephone: (310) 552-3800

*Attorneys for Plaintiffs and the Class*