Michael P. Lehmann (77152)
**COHEN, MILSTEIN,**
**HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 983-3321
Facsimile:  (415) 986-3643

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA JA CHUNG, individually and on behalf of others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., )<br><br>Defendants. ) | Case No. 07 CV 3985 CRB<br><br>MDL No. 1891<br><br>Hon. Charles Breyer |

## NOTICE OF CHANGE OF ADDRESS:

Notice is hereby give that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111, hereby changes his address effectively immediately.  His new address is:

>      Michael P. Lehmann
>      Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>      One Embarcadero Center, Suite 2440
>      San Francisco, CA 94111
>      Tel:  (415) 983-3321
>      Fax  (415 986-3643

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Notice of Change of Address
Case No. 07-CV-3985 CRB                                                  - 1 -

1

2                                                    Respectfully submitted,

3

Dated:  December 6, 2007                    COHEN, MILSTEIN, HAUSFELD & TOLL,
4                                                    P.L.L.C.

5

6                                                      /s/Michael P. Lehmann
                                                     Michael P. Lehmann
7                                                    COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                                                     One Embarcadero Center.
8                                                    Suite 2440
                                                     San Francisco, CA  0094111
9                                                    T:  (415) 986-3321
                                                     F:  (415) 986-3643
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Change of Address
Case No. 07-CV-3985-CRB                                                           - 2 -