1  Michael P. Lehmann (77152)
   mlehmann@cmht.com
2  **COHEN, MILSTEIN,**
   **HAUSFELD & TOLL, P.L.L.C.**
3  One Embarcadero Center
   Suite 2440
4  San Francisco, CA  94111
   Telephone:  (415) 983-3321
5  Facsimile:  (415) 986-3643

6

   *Attorneys for Plaintiffs*
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  HEE HO CHUNG, MYUNG PARK, and      )    Case No. 3:07 CV 3985 CRB
    ISSUN PARK, individually and on behalf of  )
13  all others similarly situated,              )
                                                )
14                  Plaintiffs,                  )    Hon. Charles Breyer
                                                )
15  v.                                          )
                                                )
16  KOREAN AIR LINES CO., LTD., and             )
    ASIANA AIRLINES, INC.,                      )
17                                              )
                    Defendants.                  )
18  _____)

19
                    **NOTICE OF CHANGE OF ADDRESS:**
20

21       Notice is hereby give that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein

22  Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111,

23  hereby changes his address effectively immediately.  His new address is:

24

25              Michael P. Lehmann
                Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
26              One Embarcadero Center, Suite 2440
                San Francisco, CA 94111
27              Tel:  (415) 983-3321
                Fax  (415 986-3643
28

COHEN, MILSTEIN,
HAUSFELD & TOLL
    P.L.L.C.

Notice of Change of Address                                                          - 1-
Case No. 3:07 CV 3985 CRB

1
2
3       Respectfully submitted,
4  Dated:  December 6, 2007        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
5
6
7        */s/Michael P. Lehmann*
         Michael P. Lehmann
         COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
8        One Embarcadero Center.
         Suite 2440
9        San Francisco, CA  94111
         T:  (415) 986-3321
10       F:  (415) 986-3643
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.

Notice of Change of Address
Case No. 3:07 CV 3985 CRB                                             - 2-