Michael P. Lehmann (77152)
**COHEN, MILSTEIN,**
**HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWA JA CHUNG, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br><br>Defendants. | Case No. 07 CV 3985 CRB<br><br>MDL No. 1891<br><br>Hon. Charles Breyer |

**NOTICE OF CHANGE OF ADDRESS:**

Notice is hereby give that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111, hereby changes his new telephone number effective immediately. His new telephone number is:

>   Michael P. Lehmann
>   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>   One Embarcadero Center, Suite 2440
>   San Francisco, CA 94111
>   Tel: (415) 229-2080
>   Fax (415) 986-3643

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated: January 3, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |

/s/Michael P. Lehmann
Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center.
Suite 2440
San Francisco, CA  0094111
T:  (415) 229-2080
F:  (415) 986-3643

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Notice of Change of Address
Case No. 07-CV-3985-CRB

- 2 -