1  Michael P. Lehmann (77152)
   mlehmann@cmht.com
2  **COHEN, MILSTEIN,**
   **HAUSFELD & TOLL, P.L.L.C.**
3  One Embarcadero Center
   Suite 2440
4  San Francisco, CA  94111
   Telephone:  (415) 229-2080
5  Facsimile:  (415) 986-3643

6

   *Attorneys for Plaintiffs*
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  HEE HO CHUNG, MYUNG PARK, and      )   Case No. 3:07 CV 3985 CRB
    ISSUN PARK, individually and on behalf of )
13  all others similarly situated,     )
                                       )
14                  Plaintiffs,         )   Hon. Charles Breyer
                                       )
15  v.                                 )
                                       )
16  KOREAN AIR LINES CO., LTD., and    )
    ASIANA AIRLINES, INC.,             )
17                                     )
                    Defendants.        )
18  _____    )

19
                    **NOTICE OF CHANGE OF ADDRESS:**
20

21      Notice is hereby give that Plaintiffs' counsel, Michael P. Lehmann, of Cohen Milstein

22  Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111,

23  hereby changes his telephone number effective immediately.  His new telephone number is:

24

25                  Michael P. Lehmann
                    Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
26                  One Embarcadero Center, Suite 2440
                    San Francisco, CA 94111
27                  Tel.:  (415) 229-2080
                    Fax.:  (415 986-3643
28

COHEN, MILSTEIN,
HAUSFELD & TOLL   | Notice of Change of Address | - 1- |
P.L.L.C.          | Case No. 3:07 CV 3985 CRB   |      |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Dated:  January 3, 2008

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

 /s/Michael P. Lehmann
Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center.
Suite 2440
San Francisco, CA  94111
T:  (415) 229-2080
F:  (415) 986-3643

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.

Notice of Change of Address
Case No. 3:07 CV 3985 CRB

- 2-